*Wuth et al., Respondents, v. Lab. Corp. of Am. et al., Petitioners*, No. 92341-8. Motion for discretionary review of a decision of the Court of Appeals, Nos. 71497-0-I, 71498--8-I, and 71553-4-I, August 24, 2015, 189 Wn. App. 660. *Denied* March 3, 2016.

*White, Petitioner, v. Skagit County et al., Respondents*, No. 92171-7. Petition for review of a decision of the Court of Appeals, No. 72028-7-I, July 13, 2015, 188 Wn. App. 886. *Denied* March 4, 2016.

*White, Petitioner, v. Clark County, Respondent*, No. 92172-5. Petition for review of a decision of the Court of Appeals, No. 46081-5-II, June 30, 2015, 188 Wn. App. 622. *Denied* March 4, 2016.

*Hor, Petitioner, v. City of Seattle, Respondent*, No. 92208-0. Petition for review of a decision of the Court of Appeals, No. 70761-2-I, August 3, 2015, 189 Wn. App. 1016. *Denied* March 4, 2016.

*State, Respondent, v. Ortiz-Abrego, Petitioner*, No. 92334-5. Petition for review of a decision of the Court of Appeals, No. 67894-9-I, August 17, 2015, 189 Wn. App. 1034. *Granted* March 25, 2016.

*State, Respondent, v. Ramos, Petitioner*, No. 92454-6. Petition for review of a decision of the Court of Appeals, No. 32027-8-II, August 13, 2015, 189 Wn. App. 431. *Granted* March 30, 2016.

*State, Respondent, v. Lee, Petitioner*, No. 92475-9. Petition for review of a decision of the Court of Appeals, No. 33229-2-II, August 13, 2015, 189 Wn. App. 1034. *Granted* March 30, 2016.